(July 2, 1924.)

## G. W. McKEAN, Appellant, v. IDAHO IRRIGATION COMPANY, LTD., a Corporation, Respondent.

[227 Pac. 1057.]

APPEAL from the District Court of the Fourth Judicial District, for Blaine County. Hon. H. F. Ensign, Judge.

Action for damages for conversion of water. Judgment for defendant. *Affirmed.*

James R. Bothwell, W. Orr Chapman and C. O. Stockslager, for Appellant.

E. A. Walters, R. P. Parry and Richards & Haga, for Respondent.

McCARTHY, C. J.—The facts and questions of law in the above-entitled case are identical with those in *Bailey v. Idaho Irr. Co., Ltd., ante,* p. 354, 227 Pac. 1055, the two having been consolidated for trial in the lower court and for hearing in this court. Upon the authority of the opinion in that case the judgment in the present case is affirmed, with costs to respondent.

Budge and William A. Lee, JJ., concur.